In the Matter of ANONYMOUS, for Admission to the Bar of the State of New York, Appellant.

Submitted November 28, 2005; decided December 20, 2005

Motion for a stay etc. dismissed as academic.

Chief Judge KAYE taking no part.

APPALACHIAN INSURANCE COMPANY, Respondent, v GENERAL ELECTRIC COMPANY, Appellant, and RIUNIONE ADRIATICA DI-SICURTA, Also Known as ADRIATRIC INSURANCE COMPANY, et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted August 1, 2005; decided December 20, 2005

Motion for leave to appeal, insofar as it seeks leave to appeal as against Birmingham Fire Insurance Company of Pennsylvania, China America Insurance Company, Fremont Industrial Indemnity Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, North River Insurance Company, Rampart Insurance Company, Riunione Adriatica DiSicurta and Starnet Insurance Company, granted; motion for leave to appeal otherwise dismissed upon the ground that as to the other parties, the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge READ taking no part.